UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JENEFER K. FOWLER,

          Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

CASE NO. 3:20-cv-05238-JRC

ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

This matter is before the Court on plaintiff's unopposed motion to amend the scheduling order. *See* Dkt. 14. Having reviewed plaintiff's unopposed motion (Dkt. 14) and declaration in support thereof (Dkt. 14-2), the Court finds good cause to grant plaintiff's request.

The Clerk shall update the docket to reflect the following amendments to the scheduling order—

- plaintiff shall file the opening brief on or before November 3, 2020;
- defendant shall file the responsive brief on or before December 1, 2020; and
- plaintiff shall file any reply brief on or before December 15, 2020

Dated this 6th day of October, 2020.

*J. Richard Creatura*
J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING UNOPPOSED MOTION TO
AMEND SCHEDULING ORDER - 2